# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-0084
Lower Tribunal No. 2012CF-009475-A

_____

ERIC ROMAINE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Donald G. Jacobsen, Judge.

July 30, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and WOZNIAK, JJ., concur.


Rachael E. Reese, of O'Brien Hatfield Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Elba Caridad Martin, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED